**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1668**

———————

THERON J. BARTELL,

                              Plaintiff - Appellant,

        versus

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CA-00-453)

———————

Submitted:  October 24, 2002          Decided:  October 30, 2002

———————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Theron J. Bartell, Appellant Pro Se.  James C. Allison, Susan Elizabeth Murphy, UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theron J. Bartell appeals the district court's order denying his motion for reconsideration of the order dismissing his action against the Equal Employment Opportunity Commission. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bartell v. EEOC, No. CA-00-453 (W.D.N.C. Apr. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2